IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10CR530 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | |
| CHARLTON C. DOLPHY, | ) | |
| | ) | JOURNAL ENTRY |
| Defendant. | ) | |

This matter came on to be heard upon the petition of Robert F Corts, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the warden, Belmont Correctional Institution, St. Clairsville, Ohio, and/or the United States Marshal at Cleveland, Ohio, and/or the Ohio Department of Rehabilitation and Corrections.  The Court, being fully advised in the said matter, finds that the said Charlton C. Dolphy is detained in the Belmont Correctional Institution, Ohio, under the custody of said warden.

The Court further finds that the said United States desires to proceed to sentence the defendant on a superseding indictment charging a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), at Cleveland, Ohio, on November 18, 2011, at 12:00 p.m., and

to other court proceedings relating to such superseding indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio.

/s/ Patricia A. Gaughan
UNITED STATES DISTRICT JUDGE
11/8/11